IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

Filed at __1:25 P__ M
__6/12__, 20_18_
/BCL
Deputy Clerk, U.S. District Court
Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| VS. | : |
| | : 7 : 18-CR-20-001 (HL) |
| **ROBERT ABACAN,** | : |
| | : |
| Defendant. | : |

# ORDER

The above-named Defendant appeared this day before the undersigned for an INITIAL APPEARANCE and ARRAIGNMENT pursuant to Rule 5 and Rule 10 of the FEDERAL RULES OF CRIMINAL PROCEDURE. The government has moved for pre-trial detention of this Defendant. Defendant was represented by court-appointed counsel, and consented to federal pre-trial detention in this matter. The Defendant reserved his right to seek to reopen the detention hearing pursuant to 18 U.S.C. § 3142(f). **The Defendant is accordingly ordered detained and is remanded to the custody of the U. S. Marshal.**

The Defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 12th day of June, 2018.

THOMAS Q. LANGSTAFF
UNITED STATES MAGISTRATE JUDGE