IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ROBERT ABACAN, | * |
| Petitioner, | * |
| v. | Case No. 7:18-CR-20 (HL-TQL) |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 15, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 15th day of November, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk