**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,     :

              :

v.                     :

              :     CASE NO.: 7:18-CR-20 (WLS)

ROBERT ABACAN,        :

              :

     Defendant.       :

              :

## <u>ORDER</u>

Before the Court is Defendant's Motion to Return Property (Doc. 129), filed on March 19, 2025. Therein, Defendant moves the Court, under Federal Rule of Criminal Procedure 41(g), for the return of certain personal property seized during the execution of a search warrant by the Lowndes County Sheriff's Office (LCSO) on March 5, 2019.

The Government filed a response (Doc. 131) on March 28, 2025, stating that the items seized by the LCSO are not currently in the custody of the United States, or any of its agencies. (*Id.* at 3). In fact, the Government states that the subject property was never in the custody of the United States, or any of its agencies. (*Id.* at 4). The Government's response does not state what original items of evidence and other items, if any, it received into its custody from state and local authorities during the prosecution of the instant case and the disposition of those items, if any were received.

As such, the Government is **ORDERED** to supplement its response **within seven (7) days** of the entry of this Order, or **by no later than Monday, April 20, 2026**, with information regarding the evidence it received into its custody from local authorities during the prosecution of this case, including any physical items of evidence, and the disposition of such evidence.

**SO ORDERED**, this 13th day of April 2026.

              **/s/ W. Louis Sands**
              **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1